UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DEAN KEDINGER,**

Plaintiff,

v.                      Case No. 14-CV-1368

**DVR OF STATE OF WISCONSIN, et al.,**

Defendants.

---

**ORDER**

---

On October 29, 2014, plaintiff Dean Kedinger, proceeding pro se, filed a complaint utilizing this court's standard pro se complaint form. (ECF No. 1.) He incorporated into this form three type-written pages. Accompanying his filing was a petition and affidavit to proceed without prepayment of fees and/or costs. (ECF No. 2.) Kedinger has consented to the full jurisdiction of a magistrate judge. (ECF No. 3.) The court concludes that Kedinger lacks the financial resources to pay the filing fee in this action, and therefore the petition (ECF No. 2) shall be granted. However, this action shall be dismissed.

This is the fourth civil action Kedinger filed in this district in the last six months. *See* 14-cv-00494-JPS *Kedinger v. State of Wisconsin et al.*; 14-cv-00899-JPS *Kedinger v. State*

*of Wisconsin et al.*; 14-cv-01198-RTR *Kedinger v. State of Wisconsin et al.* Each of these prior cases was promptly dismissed. In dismissing the first complaint, Judge Stadtmueller referred to the plaintiff's claims as "irrational and wholly insubstantial." 14-cv-00494-JPS *Kedlinger v. State of Wisconsin et al.* (E.D. Wis., May 7, 2014). Three months later, Judge Stadtmueller stated "the complaint makes absolutely no sense. It is a rant of disjointed statements regarding records, hearings, evidence, schizophrenia, and sorcerers." 14-cv-00899-JPS *Kedinger v. State of Wisconsin et al.* (E.D. Wis., Aug. 6, 2014). Most-recently, Judge Randa dismissed another complaint earlier this month, concluding that just like the two actions dismissed by Judge Stadtmueller, "this action is wholly irrational and must be dismissed as frivolous." 14-cv-01198-RTR *Kedinger v. State of Wisconsin et al.* (E.D. Wis. Oct. 7, 2014). It appears that much of the typed portion of Kedinger's present complaint is identical to that which he submitted in his most-recent action before Judge Randa and there is much overlap between the two prior complaints that were before Judge Stadtmueller.

Having thoroughly and independently reviewed Kedinger's present complaint, the court concludes that it is frivolous and, therefore, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) must be dismissed. Kedinger has failed to present any coherent cognizable claim against any person or entity identified as a defendant in this action. In short, the complaint is incomprehensible.

The court further certifies in accordance with 28 U.S.C. § 1915(a)(3) that any appeal in this matter would not be taken in good faith. *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000); *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000). No reasonable person could suppose this matter to have any merit.

**IT IS THEREFORE ORDERED** that the petition and affidavit to proceed without prepayment of fees and/or costs is **granted**.

**IT IS FURTHER ORDERED** that the complaint and this action are hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). The Clerk shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 30th day of October, 2014.

WILLIAM E. DUFFIN
U.S. Magistrate Judge